IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIZABETH GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:24-cv-1181 |
| | § | |
| DAIRY FARMERS OF AMERICA, INC. AND DFA DAIRY BRANDS FLUID, LLC, | § § § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' JOINT NOTICE OF REMOVAL AND BRIEF IN SUPPORT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME Defendants **Dairy Farmers of America, Inc.** and **DFA Dairy Brands Fluid, LLC** (hereinafter, "Defendants" or, collectively, the "Dairy Farmers Defendants") and, pursuant to 28 U.S.C. § 1441(c), file this Notice of Removal removing this action from the 57th Judicial District of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division. Dairy Farmers submits the following Brief in Support of its Notice of Removal:

**I.**
**PROCEDURAL HISTORY AND STATEMENT OF GROUNDS FOR REMOVAL**

1. On September 11, 2024, Plaintiff Elizabeth Garza ("Plaintiff" or "Garza") filed a lawsuit in the 57th Judicial District of Bexar County, Texas, as Cause No. 2024CI20508 styled "*Elizabeth Garza v. Dairy Farmers of America, Inc. and DFA Dairy Brands Fluid, LLC*." A true and correct copy of Plaintiff's Original Petition is attached as **Exhibit "A-2."**

2. The Dairy Farmers Defendants were served with Plaintiff's Original Petition on September 20, 2024. A true and correct copy of the citation served on Dairy Farmers of America, Inc. is attached as **Exhibit "A-3."** A true and correct copy of the citation served on DFA Dairy Brands Fluid, LLC is attached as **Exhibit "A-4."**

3. Prior to this removal, the Dairy Farmers Defendants filed their joint Answer on October 9, 2024, in the state court action, a true and correct copy of which is attached hereto as **Exhibit "A-5."**

4. The state court action is one over which this Court has original jurisdiction under the provisions of 28 USC § 1332 and may be removed to this Court pursuant 28 USC § 1332 because there is complete diversity between the parties. 28 USC § 1332(a); *Johnson v. Columbia Props. Anchorage, L.P.*, 437 F.3d 894, 899-900 (9th Cir. 2006). Additionally, the amount in controversy exceeds $75,000, excluding interest and costs. 28 USC § 1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).

5. The Dairy Farmers Defendants deny Plaintiff's claims.

6. As required by 28 U.S.C. § 1446(a), true and correct copies of the following documents are being filed with this Notice of Removal and are incorporated herein at length:

| **Exhibit:** | **Description of Exhibit:** |
|---|---|
| **Exhibit "A"** | **Index of Pleadings;** |
| **Exhibit "A-1"** | **State Court Docket Sheet;** |
| **Exhibit "A-2"** | **Plaintiff's Original Petition;** |
| **Exhibit "A-3"** | **Citation and Affidavit of Service for Defendant Dairy Farmers of America, Inc.;** |
| **Exhibit "A-4"** | **Citation and Affidavit of Service for Defendant DFA Dairy Brands Fluid, LLC;** |
| **Exhibit "A-5"** | **Defendants' Original Answer;** |

**Exhibit "A-6"**    Notice of Notice of Removal
(to be filed after this Notice of Removal is filed); and

## II.
### DIVERSITY OF CITIZENSHIP

7. Plaintiff Elizabeth Garza is an individual residing in and is a citizen of the State of Texas. **Ex**. **A-2** at ¶ 2.

8. Dairy Farmers of America, Inc. is a corporation that is a cooperative marketing association which is incorporated under the laws of the State of Kansas and has its principal place of business in Wyandotte County, Kansas. DFA Dairy Brands Fluid, LLC is a limited liability company whose sole member is DFA Dairy Brands, LLC, which, in turn, has Dairy Farmers of America, Inc. as its sole member. Accordingly, DFA Dairy Brands Fluid, LLC assumes the citizenship status of Dairy Farmers of America, Inc., which is a citizen of Kansas. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S Ct. 1012 (2016); *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 313-314 (5th Cir. 2019). Thus, the Dairy Farmers Defendants (and DFA Dairy Brands Fluid, LLC's member as well as its sole member as stated above) have at all relevant times been citizens of Kansas pursuant to 28 U.S.C. § 1332(c).

9. Plaintiff is a citizen of Texas; Defendants (and DFA Dairy Brands Fluid, LLC's member and its sole member as stated above) are citizens of Kansas. Thus, at both the time of filing the original action in state court and at the time of this removal, complete diversity of citizenship has existed among the parties. Removal is proper. 28 USC §1332(a).

## III.
### AMOUNT IN CONTROVERSY

10. The Dairy Farmers Defendants would further show that the monetary relief sought by Plaintiff exceeds the jurisdictional amount of $75,000, pursuant to Plaintiff's Original Petition.

Specifically, Plaintiff alleges in her Original Petition that she seeks monetary relief "over $250,000." **Ex**. **A-2** at ¶ 7.

## IV.
### PROCEDURAL REQUIREMENTS FOR REMOVAL

11. Pursuant to 28 U.S.C. §§ 1441 and 1446, this Notice of Removal is timely, as it is being filed no more than thirty (30) days after service of Plaintiff's Original Petition.

12. The United States District Court for the Western District of Texas encompasses Bexar County, the county in which the state court proceeding is now pending. Therefore, venue in this Court is proper pursuant to 28 U.S.C. § 1441(a).

13. There are no other proper defendants to this action.

14. In accordance with 28 U.S.C. § 1446(a), filed herewith as **Exhibits "A-1 through A-5"** are copies of all process and pleadings from the state court proceedings.

15. Promptly after notice of this removal is filed, written notice hereof will be given to Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of Court for the 57th Judicial District of Bexar County, Texas, to effect the removal of the civil action to this Honorable Court as provided by law. The Notice of Filing of Notice of Removal to be filed in the state court proceeding is attached hereto as **Exhibit "A-6."**

16. Defendants specifically reserve the right to amend or supplement this Notice of Removal.

17. By virtue of this removal, Defendants do not waive their rights to assert any jurisdictional defenses or other defenses or motions, including motions pursuant to RULES 9 and 12 of the FEDERAL RULES OF CIVIL PROCEDURE.

WHEREFORE, PREMISES CONSIDERED, Defendants pray the Court remove the case styled "*Elizabeth Garza v. Dairy Farmers of America, Inc. and DFA Dairy Brands Fluid, LLC*"

bearing Cause No. 2024CI20508, pending in the 57th Judicial District of Bexar County, Texas, to the United States District Court, Western District of Texas, San Antonio Division, and for such other and further relief to which they are justly entitled at law or in equity.

        Respectfully Submitted,

        /s/ C. Brett Stecklein
        By: C. Brett Stecklein

        MULLIN HOARD & BROWN, L.L.P.
        C. Brett Stecklein, Texas Bar No. 00794688
        Katie P. Harrison, Texas Bar No. 24062767
        2515 McKinney Ave., Suite 900
        Dallas, Texas 75201
        Telephone:   (214) 754-0040
        Facsimile:    (214) 754-0043
        bstecklein@mhba.com
        kharrison@mhba.com

        ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 17th day of October 2024, a true and correct copy of the foregoing was served by email and ECF addressed to:

***Via e-filing***
***Via Email alan@tysingerlaw.com***
Alan D. Tysinger
LAW OFFICE OF ALAN D. TYSINGER
PO Box 39
La Vernia, Texas 78121

        /s/ C. Brett Stecklein
        C. Brett Stecklein